UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | (One Count) |
| | ) | |
| v. | ) | Case No. 3:21-cr- 37 RLM |
| | ) | |
| | ) | |
| TERRELL D. HOWARD | ) | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

On or about December 11, 2020, in the Northern District of Indiana,

**TERRELL D. HOWARD,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, said firearm having been shipped and transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in the Indictment, the defendant **TERRELL D. HOWARD** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission or facilitation of the offense.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Dated: May 12, 2021

A TRUE BILL:

*s/ Grand Jury Foreperson*

_____

Grand Jury Foreperson

APPROVED BY:

GARY T. BELL
ACTING UNITED STATES ATTORNEY

By: *s/ Geovanny E. Martinez / Kimberly L. Schultz*
_____
Geovanny E. Martinez / Kimberly L. Schultz
Assistant United States Attorneys

2